AUSA S. Gilooly (313) 226-9577
Special Agent George Bingham ATF (313) 580-2304

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.

Dana Adonis SMITH

Case:2:16-mj-30108
Judge: Unassigned,
Filed: 03-09-2016 At 04:32 PM
CMP USA V. DANA ADONIS SMITH (LH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March  9 , 2016 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a) | Distribution of Controlled Substance (Cocaine Base) |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

SA George Bingham ATF
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: _March    9 , 2016_____

City and state: _Detroit, MI_____

_____
Judge's signature

Elizabeth A. Stafford, U.S. Magistrate Judge
_____
Printed name and title

AFFIDAVIT

I, George Bingham, being duly sworn, depose and state the following:

1. I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2. I make this affidavit with personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Your Affiant has been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) for approximately six (6) years. Affiant is currently assigned to the Detroit, Michigan Field Division, Group 2. Affiant is tasked with investigating violations of firearms and narcotics laws. Also, Affiant has been involved in numerous investigations involving violations of both state and federal firearms and narcotics laws. Prior to your Affiant's employment with ATF, your affiant was employed by

the Michigan State Police for approximately eleven (11) years in the position of State Trooper.

4. I am currently conducting an investigation involving narcotics violations by Dana Adonis SMITH XX/XX/1980. Specifically, violations of Title 21, U.S.C. Section 841 (a)(1), Distribution of a Controlled Substance.

5. On February 26, 2016, S/A Bingham and S/A McLean met ATF-1 at a predetermined meet location. ATF-1 was searched for any illegal contraband, with none being found. ATF-1 was given pre-recorded funds and a transmitter device. ATF-1 made a telephone call to Rozelle WHITE XX/XX/1976 at 248-906-5660. WHITE agreed to sell ATF-1 crack cocaine.

6. ATF-1 met WHITE at 3rd St. near Peterboro St. in the City of Detroit. S/A Yott observed ATF-1 get inside WHITE's vehicle. WHITE told ATF-1 he had to go get the crack cocaine. Constant mobile surveillance was established on WHITE's vehicle, MI Registration #ASN 993, Red 2003 GMC Van.

7. Surveillance was maintained as WHITE pulled his vehicle onto Marsten St. between Woodward Ave and John R. WHITE met with a black male (later identified as Dana SMITH DOB XX/XX/1980) in the roadway. Surveillance observed SMITH driving a 2015 Chevrolet K15 MI Registration #DHC 8200.

8.  ATF-1 gave WHITE Two Hundred Dollars ($200.00) in pre- recorded buy funds. WHITE got out of his vehicle and met with SMITH.  WHITE then came back to WHITE's vehicle and handed ATF-1 approximately three (3) grams of crack cocaine.

9.  Surveillance units followed SMITH and his vehicle until a traffic stop was effected by Wayne State University Officer Dinkfelt.  Officer Dinkfelt positively identified the driver as SMITH.

10. The crack cocaine was field tested with positive results by S/A Bingham.

11. After this transaction was complete, surveillance units followed SMITH and his vehicle.  SMITH was observed going in and out of an Apartment at 628 Delaware in the City of Detroit.  The exact apartment number could not be determined on this day.

12. On March 2, 2016, S/A Bingham and S/A McLean met ATF-1 at a predetermined meet location.  ATF-1 was searched for any illegal contraband such as weapons or narcotics with none being found.  At approximately 11a.m., ATF-1 placed a telephone call to WHITE at 248-906-5660 in order to purchase crack cocaine from WHITE.  WHITE told ATF-1 he would pick ATF-1 up in about an hour. ATF-1 was given pre-recorded money and a transmitter/recording device.  S/A Bingham and

3

S/A McLean dropped ATF-1 off in the area of 3rd St and Temple in the City of Detroit at approximately 1145a.m.  S/A Bingham and S/A McLean then observed WHITE driving his 2003 GMC Red Van MI Registration ASN 993 near 3rd St and Temple.

13. S/A Bingham and S/A McLean overheard WHITE and ATF-1 conversing inside the vehicle over the transmitter device.  Due to limited manpower, visual surveillance could not be maintained on WHITE's vehicle throughout the duration of their travels.  At one point, WHITE could be heard exiting the vehicle.  S/A Bingham called ATF-1 on his/her phone and ATF-1 advised WHITE was in line at the Bank of America ATM on Grand River near the Southfield Freeway.  ATF-1 advised that WHITE was taking ATF-1 to WHITE's house.  S/A Bingham knows WHITE's address is 16771 Patton St. in the City of Detroit, MI.  S/A Bingham directed S/A Buyse to conduct surveillance on 16771 Patton St.  A few minutes later, S/A Buyse observed  the 2003 GMC Red Van MI Registration #ASN 993 in the driveway of 16771 Patton St.

14. ATF-1 and WHITE were inside the house at 16771 Patton and could be heard speaking to each other over the transmitter device.  WHITE asked ATF-1 to walk to the nearby liquor store to retrieve some Ziploc bags

and a razor.  ATF-1 was observed by S/A Bingham and S/A McLean walking to the liquor store on Grand River Ave.  S/A Bingham called ATF-1.  ATF-1 advised he had not yet received the crack cocaine.

15. While ATF-1 went inside the liquor store, S/A Buyse observed a 2015 Chevrolet K15 MI Registration #DHC 8200 pulling into the driveway at 16771 Patton St.  Surveillance units had been following SMITH as he was previously identified as WHITE's narcotics supplier.  On February 29, 2016 S/A Bingham obtained a State of Michigan GPS tracker warrant for SMITH's vehicle, DHC 8200.

16. ATF-1 walked back to 16771 Patton and entered the residence as observed by surveillance units.  ATF-1 completed the purchase of crack cocaine from Rozelle WHITE for Two Hundred Dollars ($200.00) in pre-recorded funds.  ATF-1 stated he did not see any narcotics until ATF-1 returned from the store.  ATF-1 believes WHITE was delivered a 1/4 ounce of crack cocaine by WHITE's supplier.  ATF-1 stated WHITE gave ATF-1 approximately three (3) grams from the ¼ ounce.  The crack cocaine field tested positive.

17. S/A Bingham had previously placed a GPS tracking device on SMITH's vehicle, MI Registration #DHC 8200. On March 2, 2016, at approximately 11:00 a.m., S/A DeVantier observed a 2015 Chevrolet,

K15, silver in color, with Michigan license plate DHC 8200, driven by

Dana SMITH XX/XX1980 depart from 21940 Parklawn, Oak Park, MI.

A Michigan Secretary of State check shows this vehicle is registered to

SMITH at 21940 Parklawn, Oak Park, MI.

18. S/A DeVantier and S/A Buyse continued surveillance of the above

described vehicle, and followed SMITH to the area of 628 Delaware,

Detroit, MI. A short time later, S/A Buyse observed SMITH depart from

the location. Surveillance continued.

19. A short time later, SMITH arrived back at the location of 628 Delaware,

and parked in the roundabout, south of the front door of the location.

S/A DeVantier established fixed surveillance, and within minutes

observed SMITH exit the front door of the apartment and enter the

Chevrolet K15, MI Registration # DHC 8200 and departed the location.

20. At approximately 12:25 p.m., SMITH arrived at 16771 Patton, Detroit,

MI driving the 2015 Chevy K15 MI Registration # DHC 8200. S/A

Buyse observed a black male exit the location and meet with the Chevy

K15. At approximately 12:26 p.m., SMITH departed the location, and

surveillance of SMITH was concluded.

21. On March 4, 2016, S/A McLean and S/A Doris met ATF-1 at a

predetermined meet location. ATF-1 was searched for any illegal

6

contraband with none being located. ATF-1 placed a phone call to

WHITE at phone number 248-906-5660. WHITE agreed to meet ATF-1

with the purpose of selling crack cocaine to ATF-1.

22. ATF-1 was dropped off and picked up by WHITE driving WHITE's vehicle,

Red 2003 GMC Van MI Registration #ASN 993, near Charlotte and Park St in

the City of Detroit. Surveillance units attempted to maintain constant visual

surveillance on WHITE and his vehicle, but were unsuccessful. S/A McLean

contacted ATF-1 via cellular phone. ATF-1 stated he/she and WHITE were

traveling back to WHITE's residence at 16771 Patton St in the City of Detroit.

A short time later, surveillance units observed WHITE's vehicle arrive at

16771 Patton St.

23. ATF-1 was in contact with S/A McLean via cellular phone. ATF-1 advised

WHITE was waiting on the delivery of narcotics. Simultaneously,

surveillance units were conducting surveillance on SMITH. On this day,

SMITH was driving a black 2011 Chevrolet Traverse MI Registration #CLB

4665. The vehicle is registered to Tina Reynolds at 21940 Parklawn Oak

Park, MI. S/A Devantier observed SMITH leave 21940 Parklawn St. Oak

Park, MI in this vehicle. Surveillance units then observed SMITH and this

vehicle arrive at the apartment complex located at 628 Delaware St. S/A Luna

was able to follow SMITH on foot into the building. S/A Luna was able to

observe SMITH use a key to gain access to apartment 304. Surveillance units observed SMITH exit the building and get back into MI Registration # CLB 4665.

24. After a period of time, and consistent time frame driving in normal traffic from 628 Delaware, Apartment 304 to 16771 Patton, SMITH was observed by surveillance units arriving at 16771 Patton St. in the City of Detroit, MI.

25. ATF-1 would later tell S/A McLean WHITE exited the residence and met SMITH in the driveway. WHITE came back inside the residence with a quantity of crack cocaine. ATF-1 gave WHITE the pre-recorded buy funds in exchange for a portion of the crack cocaine. The crack cocaine field tested positive by S/A McLean.

26. A MI Secretary of State check shows DHC 8200 is a 2015 K15 registered to Dana Adonis SMITH at 21940 Parklawn St., Oak Park, MI 48237.

27. On March 9th, 2016, S/A Bingham and S/A McLean met ATF-1 at a predetermined meet location. ATF-1 was searched for any illegal contraband with none being located. ATF-1 was given pre-recorded funds and a transmitter device. ATF-1 was dropped off on foot in the area of 16771 Patton St. WHITE agreed to sell ATF-1 crack cocaine. WHITE had approximately six (6) grams of crack cocaine at his residence at 16771 Patton St. WHITE stated he could get more crack cocaine, but had to meet his re-

8

supplier to get the additional three (3) grams of crack cocaine. Surveillance

was maintained on WHITE and his vehicle as WHITE and ATF-1 traveled to

Woodard and Melbourne St. WHITE was observed meeting with Dana

Adonis SMITH XX/XX/1980. Surveillance units observed WHITE enter

SMITH's vehicle, DHC 8200. A short time later, WHITE handed ATF-1

approximately nine (9) grams of crack cocaine. ATF-1 gave WHITE Five

Hundred and Ten Dollars ($510.00) in pre-recorded funds for the crack

cocaine. The crack cocaine field tested positive by S/A Bingham.

28. Surveillance units maintained surveillance on SMITH and his vehicle.
Officer Cecile of the Wayne State University Police Department was directed
by ATF to stop SMITH and his vehicle based on the felony that was just
committed. A probable cause search plus exigent circumstances resulted in
Officers seizing approximately one half (1/2) ounce of crack cocaine on
SMITH's person.

29. S/A Bingham reviewed SMITH's criminal history. SMITH has the following
felony convictions:

Attempted Delivery of a controlled substance, Wayne County Circuit Court,
2002;

Felony Firearm, Wayne County Circuit Court, 2007

9

30. Based on the foregoing, there is probable cause to believe that Dana Adonis

SMITH, has violated Title 21 U.S.C. § 841(a)(1), Possession With Intent to

Deliver Crack Cocaine, a Schedule II controlled substance.

_____

Special Agent George Bingham
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn and subscribed before me on this 9th day of March, 2016.


_____

Elizabeth A. Stafford
Honorable United States Magistrate Judge
United States District Court Eastern District of Michigan

10